UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 3:13-CV-0645-MMD  (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 23, 2014 |
| R. BANNISTER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to strike (#21) is **DENIED as moot**.  The District Court denied plaintiff's motion for reconsideration (#22) which was the subject of the motion to strike.  The District Court further ordered plaintiff not to file any more pleadings or papers in this case during the ninety (90) day stay.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
        Deputy Clerk