## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 3:13-CV-0645-MMD  (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 4, 2014 |
| R. BANNISTER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for Rule 11(c) sanctions (#28).  Defendants opposed the motion (#29), and no reply was filed.  Plaintiff's motion (#28) is without merit and is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
        Deputy Clerk