FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 8 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

KEVIN ALMY, )  3:13-CV-0645-MMD (VPC)
          )
   Plaintiff, )  **MINUTES OF THE COURT**
          )
   vs.    )  December 17, 2014
          )
R. BANNISTER, et al., )
          )
   Defendants. )
_____)

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's request for the production of transcript of October 23, 2014 hearing (#64) is **DENIED**. Plaintiff has pending before the District Court a fully-briefed objection to the minutes of proceedings of October 23, 2014 (#s 63, 65, 67). The District Court has access to the audio recording of the hearing if it finds that an audio review of the hearing necessary. Therefore, plaintiff has not shown good cause for the production of a transcript at the court's expense.

**IT IS SO ORDERED.**

                                         LANCE S. WILSON, CLERK

                              By:_____/s/_____
                                         Deputy Clerk