UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 3:13-CV-0645-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 17, 2014 |
| | ) | |
| R. BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Vincent Hain, who is no longer an employee of the Nevada Department of Corrections (#57). However, the Attorney General has filed the last known address of Vincent Hain *under seal* (#58). Plaintiff's motion to effect service on Vincent Hain (#62) is **GRANTED**.

The Clerk shall **ISSUE** a summons for **Vincent Hain** and send the same to the U.S. Marshal with the address provided under seal (#58). The Clerk shall **SEND** to plaintiff one USM-285 form. The Clerk shall **SEND** one copy of the complaint (#10), and one copy of this order to the U.S. Marshal for service on the defendant. Plaintiff shall have until **Friday, January 9, 2015** to complete the USM-285 service form and return to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV 89501 for service.

If plaintiff fails to follow this order, defendant Vincent Hain will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk