UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 3:13-CV-0645-MMD  (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 31, 2015 |
| | ) | |
| R. BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Several motions are pending before the court.  The court will address each motion in turn.

**#76  Plaintiff's motion for enlargement of time**

By this motion, plaintiff is seeking an extension of the scheduling order for sixty days (#76).  Defendants filed a notice of non-opposition (#79).  Therefore, plaintiff's motion (#76) is **GRANTED**.  Defense counsel shall contact the plaintiff to meet and confer and submit a joint discovery plan and scheduling order to this court on or before **Wednesday, April 15, 2015.**

**#77  Plaintiff's motion for courtesy copy of case schedule**

Plaintiff requested a copy of the case schedule (#77), and defendants filed a notice of non-opposition (#80).  In light of the court's granting of plaintiff's motion for enlargement of time (#76), this request is likely moot.  However, the court will **GRANT** plaintiff's motion (#77), and the Clerk shall **SEND** plaintiff a copy of the docket sheet in this case.

**#88 Plaintiff's reply to defendants' response to motion to expedite submission of request to enforce/modify order/instructions in doc #386 (doc #475)**

The court has reviewed this document and believes that plaintiff may have filed this paper in the wrong case number as he is referencing docket numbers that do not exist in this case.  Therefore, plaintiff's reply (#88) is hereby **STRICKEN**.

**#s 82 & 83 Plaintiff's motions to compel and strike**

The Courtroom Administrator shall set a hearing on these two motions.

**IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK

By: _____/s/_____
                  Deputy Clerk