# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 3:13-CV-0645-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 13, 2015 |
| R. BANNISTER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The Office of the Attorney General did not accept service of process on behalf of Vincent Rabourn who is no longer employed by of the Nevada Department of Corrections. However, the Attorney General has filed the last known address of this defendant *under seal* (#108). Plaintiff's motion to effect service on this defendant (#122) is **GRANTED**.

The Clerk shall **ISSUE** a summons for **Vincent Rabourn** and send the same to the U.S. Marshal with the address provided under seal (#108). The Clerk shall **SEND** to plaintiff one USM-285 form. The Clerk shall **SEND** one copy of the complaint (#10), and one copy of this order to the U.S. Marshal for service on the defendants. Plaintiff shall have until **Friday, May 29, 2015** to complete the USM-285 service form and return to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, NV  89501 for service.

If plaintiff fails to follow this order, the above-named defendants will be dismissed for failure to complete service of process pursuant to Fed.R.Civ.P. 4(m). Plaintiff's motion to extend time for service of summons and complaint (#93) is **GRANTED**. Plaintiff shall have to and including **Monday, July 13, 2015** to complete service.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:        /s/
        Deputy Clerk