# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 3:13-CV-0645-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 13, 2015 |
| | ) | |
| R. BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion for order allowing service to defendants' counsel via the court's electronic filing system (#104) is **GRANTED.**  Defendants have stipulated to accept service in this manner (#118) for any document that is subject to filing.  For all other documents, i.e. discovery or correspondence, plaintiff must mail the document to defendants' counsel.

   Plaintiff's motion for enlargement of prison copywork debt limit (#103) is **GRANTED in part**.  In his motion, plaintiff states that he has exceeded his photocopy limit and requests that the court allow him to exceed the limit in order to prosecute this case.  The court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the amount of an additional $5.00.  The additional $5.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available.  **The court cautions plaintiff that he should carefully consider the documents he intends to copy as the court will not allow plaintiff to further exceed the copy limit under any circumstance.**

   IT IS SO ORDERED.

                                                                                                LANCE S. WILSON, CLERK

                                                              By:           /s/
                                                                                      Deputy Clerk