**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 3:13-CV-0645-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 28, 2015 |
| | ) | |
| R. BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:         LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for clarification of order #102 (#139). Defendants filed an opposition (#147), and plaintiff replied (#154).

Plaintiff's motion for clarification of order #102 (#139) is **GRANTED**. Rather than credit plaintiff's inmate account for $10.00 as ordered by the court in #102, defendants increased plaintiff's debt limit for copies by $10.00. This was not the court's intent. In order to avoid any further confusion, defendants shall deposit $10.00 to plaintiff's Trust II account on or before **Friday, October 30, 2015.**

The Clerk shall mail a copy of this order to Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
                Deputy Clerk