**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 3:13-CV-0645-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 28, 2015 |
| | ) | |
| R. BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for extension of legal copywork (#143) is **GRANTED in part**.  In his motion, plaintiff states that he has exceeded his photocopy limit and requests that the court allow him to exceed the limit in order to prosecute this case.  The court will allow plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $10.00 in this case.  The additional $10.00 shall be added to plaintiff's prison account to be paid when plaintiff has funds available.  The court cautions plaintiff that he should carefully consider the documents he intends to file as exhibits the court will not allow plaintiff to exceed the copy limit by more than $10.00 under any circumstance.

The Clerk shall mail a copy of this order to Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, Nevada 89702.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
     Deputy Clerk