# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 3:13-CV-0645-MMD (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | September 28, 2015 |
| R. BANNISTER, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed motions *in limine* (#136).  Pursuant to Local Rule 16-3(b), "unless otherwise ordered by the court, motions *in limine* are due thirty (30) days prior to trial."  Trial in this matter has not been set.  A dispositive motion is pending.  Therefore, plaintiff's motions *in limine* (#136) are **DENIED without prejudice.**  Plaintiff shall have leave to refile his motions at the appropriate time.

Defendants' motion for an extension of time to file a response to plaintiff's motions *in limine* (#144) is **DENIED as moot.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:            /s/
      Deputy Clerk