ADAM PAUL LAXALT
Nevada Attorney General
HEATHER B. ZANA
Deputy Attorney General
Nevada Bar No. 8734
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1261
E-mail: hzana@ag.nv.gov

*Attorneys for Defendants
Robert Bannister, James "Greg" Cox,
Eric Fancher, Sheryl Foster,
Edward Gibson, Brandt Halling,
Tanya Hill, Wesley Mattice,
Veronica Meza, John Peery,
Gregory Smith, Rashonda Smith,
Sue Steward, Stephen Torsky,
Ruben Vidaurri, Margaret Whittington,
and Brian Williams, Sr.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN ALMY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>R. BANNISTER, et al.,<br><br>　　　　　Defendants. | Case No. 3:13-cv-00645-MMD-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

　　　Plaintiff, appearing in proper person, and Defendants, Robert Bannister, James "Greg" Cox, Eric Fancher, Sheryl Foster, Edward Gibson, Brandt Halling, Tanya Hill, Wesley Mattice, Veronica Meza, John Peery, Gregory Smith, Rashonda Smith, Sue Steward, Stephen Torsky, Ruben Vidaurri, Margaret Whittington, and Brian Williams, Sr., by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Heather B. Zana, Deputy Attorney General, hereby stipulate and

agree, pursuant to FED. R. CIV. P. 41 (a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his or her own costs.

**SO STIPULATED:**

DATED this 6th day of October, 2016

By: /s/ Kevin Almy
KEVIN ALMY
Plaintiff

DATED this 17th day of October, 2016
ADAM PAUL LAXALT
Attorney General

By: /s/
HEATHER B. ZANA
Deputy Attorney General
Attorneys for Defendant

## ORDER

This matter comes before the Court on the parties' Stipulation for Dismissal with Prejudice. The Court has examined the Stipulation for Dismissal with Prejudice as agreed by the parties hereinabove, good cause having been shown,

IT IS THEREFORE ORDERED that this cause of action is dismissed with prejudice with each party bearing its own attorneys' fees and costs.

DATED this 17th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE

Office of the
Attorney General
100 N. Carson St.
Carson City, NV
89701-4717