# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN ALMY, | ) | 3:13-CV-0645-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 27, 2017 |
| | ) | |
| R. BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion to cure electronic filing error (ECF No. 241) is **GRANTED.** The Clerk shall **DETACH** and **FILE** ECF No. 238-1 as a reply to defendants' opposition ECF No. 236. The court's order (ECF No. 240) denying ECF No. 234 remains in full force and effect.

    **IT IS SO ORDERED.**

                                    LANCE S. WILSON, CLERK

                            By:      /s/
                                     Deputy Clerk